## 55161. HIGGINS v. THE STATE.

SMITH, Judge.

Direct evidence established the fact that Higgins sold heroin to an undercover narcotics agent. This appeal from his conviction for selling heroin, enumerating only the general grounds, is therefore meritless.

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

SUBMITTED JANUARY 5, 1978 — DECIDED FEBRUARY 15, 1978.

*J. Douglas Willix,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Donald J. Stein, Assistant District Attorneys,* for appellee.